UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

RONALD FRANCE
BARBARA FRANCE,

                Debtors.

PETER ARKISON, Chapter 7 Trustee,

                Appellee,
    v.

CHARLOTTE KRAUS,

               Appellant.

Case No. C07-1230RSL

ORDER OF DISMISSAL

On August 8, 2007, Charlotte Kraus filed a notice of appeal from the Judgment on Answer and Order to Pay issued by the Honorable Thomas T. Glover, United States Bankruptcy Judge. The bankruptcy record on appeal was certified on December 19, 2007, and a briefing schedule was entered in conformance with General Rule 7(2.03)(b). Although the appeal was noted for hearing on the Court's calendar for March 14, 2008, appellant failed to file her opening brief or otherwise pursue this appeal.

For all of the foregoing reasons, the above-captioned matter is hereby dismissed for failure to prosecute.

ORDER OF DISMISSAL

1       Dated this 17th day of March, 2008.

2

3                                     Robert S. Lasnik
                                      United States District Judge

ORDER OF DISMISSAL                     -2-